JOSEPH DAVIS v. NICHOLAS D. HEIL.

May 6, 1975. Petition for certification granted. (See 132 *N. J. Super.* 283).

STATE OF NEW JERSEY v. BARBARA ANN HARRIS.

May 6, 1975. Petition for certification granted.

STATE OF NEW JERSEY v. WALTER S. SHULTISE.

May 6, 1975. Petition for certification denied.

STATE OF NEW JERSEY v. WALTER S. SHULTISE.

May 6, 1975. Petition for certification denied.

PROFESSIONAL ASSOCIATION, STATE DEPARTMENT OF EDUCATION v. COMMISSIONER OF EDUCATION AND THE SALARY ADJUSTMENT COMMITTEE.

May 6, 1975. Petition for certification granted. (See 132 *N. J. Super.* 338).

BECHTEL CORPORATION v. ELWIN G. SMITH AND CO., INC.

May 6, 1975. Petition for certification denied.